IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

AARON DOUGLAS RIVIERE                                                                  PLAINTIFF
ADC # 659442

v.                                              3:25CV00229-BSM-JTK

SETH DAWSON, et al.                                                                   DEFENDANTS

### ORDER

On October 20, 2025, the Court directed service of Plaintiff's claims on Defendant Alex Peruchi, among others. (Doc. No. 4). Summons for Defendant Peruchi was returned unexecuted with the notation "marked undeliverable as addressed, return to sender." (Doc. No. 7 at 1). The Court was provided a last known address for Defendant Peruchi; the address will be maintained under seal. (Doc. No. 14). Accordingly, the Court will again attempt service on Defendant Peruchi.

The Clerk of the Court is directed to prepare Summons for Defendant Alex Peruchi. The United States Marshal shall serve a copy of the Complaint (Doc. No. 2), Summons, and this Order Defendant Peruchi without prepayment of fees and costs or security therefore. Service for Defendant Peruchi should be attempted at the address maintained under seal (Doc. No. 14).

IT IS SO ORDERED this 16th day of January, 2026.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE