**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

AARON DOUGLAS RIVIERE
ADC # 659442 PLAINTIFF

v. 3:25CV00229-BSM-JTK

SETH DAWSON, et al. DEFENDANTS

**ORDER**

Aaron Douglas Riviere's ("Plaintiff") Motion for Status Update (Doc. No. 31) is GRANTED. The Clerk of the Court is directed to send Plaintiff a copy of the docket sheet along with a copy of this Order. There are no court dates scheduled at this time. The Court's Initial Scheduling Order (Doc. No. 20) sets out all deadlines, past and upcoming.

IT IS SO ORDERED this 24th day of September, 2026.

JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE