**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**AARON DOUGLAS RIVIERE** **PLAINTIFF**
**ADC #659442**

**v.** **CASE NO. 3:25-CV-00229-BSM-JTK**

**SETH DAWSON, *et al.*** **DEFENDANTS**

**ORDER**

United States Magistrate Judge Jerome T. Kearney's proposed findings and recommendations [Doc. No. 27] is adopted. Defendants' motion to dismiss [Doc. No. 22] is denied.

IT IS SO ORDERED this 1st day of October, 2026.

UNITED STATES DISTRICT JUDGE